UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tina L. Coffman,

        Plaintiff,

CASE NUMBER: 14-13801
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE HLUCHANIUK

v.

Commissioner of Social Security,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 18, 2015, Magistrate Judge Hluchaniuk issued a Report and Recommendation [Doc.19], recommending that Defendant's Motion for Summary Judgment [Doc. 17] be Denied and Plaintiff's Motion for Summary Judgment [Doc. 16] be GRANTED and the matter be REMANDED. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **DENIED** and Plaintiff's motion is **GRANTED** and the matter is **REMANDED** for proceeds in accordance with the Report and Recommendation.

Judgment of Remand will enter.

        **IT IS ORDERED**.

                              S/Victoria A. Roberts
                              Victoria A. Roberts
                              United States District Judge

Dated: December 21, 2015

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 21, 2015.
>
> S/Linda Vertriest
> Deputy Clerk